042272/19344/TPD/EAK/AJM

## U.S. DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| DONNELL GREEN, #M16889, | |
| Plaintiff, | |
| v. | |
| KIMBERLY BUTLER, ANTHONY WILLIAMS, NURSE WALTERS, NURSE MISTY, NURSE SUZANNE, MS. MCGLORN, DR. TRAVIS, DR. TROST, DR. FUENTES, MOLDENHAUR, and DIRECTOR OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, | Case Number  3:17-cv-00093-MAB  Magistrate Judge Mark A. Beatty |
| Defendants. | |

**RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

COMES NOW Defendant, John Trost, M.D., by and through his attorneys, Cassiday Schade LLP, and for his Response to Plaintiff's Motion to Enforce Settlement Agreement [Doc. 230], states as follows:

1. On May 25, 2021, the parties came to a settlement agreement.

2. That day, the parties informed the Court that they had come to an agreement and the Court issued a 60-Day Order [Doc. 228].

3. On May 26, 2021, the undersigned provided a draft settlement release to Plaintiff.

4. On June 11, 2021, Plaintiff returned the executed settlement release to Defendant.

5. On June 24, 2021, Counsel for Plaintiff reached out to the undersigned regarding the status of the settlement check. The undersigned responded that she would respond when she had more information. [*See* Doc. 230, pp. 5-6]

6. On June 25, 2021, Counsel for Defendant informed Counsel for Plaintiff that Coverys Specialty Insurance Company ("Coverys") was having some technical difficulties with

their payment system. [*Id.* at pp. 7-8] Counsel for Defendant stated that he would make a call to get a status update and would get back to Counsel for Plaintiff shortly. [*Id.*]

7. On June 28, 2021, Counsel for Plaintiff reached out to Counsel for Defendant regarding the status of the settlement check. Counsel for Defendant responded that Coverys was still having a technical issue.

8. On July 6, 2021, Counsel for Plaintiff reached out to Counsel for Defendant regarding the status of the settlement check. [*See* Exhibit A] The parties spoke via telephone and Counsel for Defendant explained that at that time, the technical issue was not yet resolved. That afternoon, Counsel for Plaintiff filed the instant Motion [Doc. 230].

9. On July 20, 2021, Counsel for Defendant reached out to Coverys and was informed that the technical issue has not yet been resolved, but multiple departments are working to find a solution. This delay was unexpected and was not intentional in any way.

10. Counsel for Defendant has worked with Coverys for several years and this is an isolated incident which has never happened before. As stated above, Coverys is working diligently to find a solution and provide Plaintiff with the settlement check in a timely manner.

11. Defendant objects to Plaintiff's request for a Court Order requiring Defendant to immediately comply with the terms of the Settlement Release.

12. As the Court's 60-Day Order period expires on July 29, 2021 [Doc. 228], Defendant does not object to postponing entry of judgment to a later date.

WHEREFORE, Defendant respectfully requests that this Court denies Plaintiff's request for a Court Order requiring Defendant to immediately comply with the terms of the Settlement Release and for such other and further relief as deemed appropriate.

                              CASSIDAY SCHADE LLP

                              By:  /s/ Alison J. Matusofsky
                                   One of the Attorneys for Defendant, JOHN TROST, M.D.

Alison J. Matusofsky
MO Bar No. 71064
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
amatusofsky@cassiday.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 20, 2021, I electronically filed the foregoing Response to Plaintiff's Motion to Enforce Settlement Agreement with the Clerk of the Court for the Southern District of Illinois using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Lorna Geiler
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign IL 61820
(217) 352-1800
(217) 352-9294 (fax)
lgeiler@meyercapel.com

                        /s/ Alison J. Matusofsky

9911881 AMATUSOF;AMATUSOF