IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DONNELL GREEN, #M16889 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:17-cv-00093-MAB |
| | ) |
| DR. TROST, | ) |
| | ) |
|     Defendant. | ) |

**MOTION TO WITHDRAW REPRESENTATION OF
SETTLEMENT AND REQUEST FOR TRIAL DATE**

NOW COMES the Plaintiff, DONNELL GREEN, by and through his attorney, Lorna K. Geiler, of Meyer Capel, A Professional Corporation, and for his Motion to Withdraw Representation of Settlement and Request for Trial Date states as follows:

1. This matter was set for Trial to begin on June 1, 2021.

2. On May 25, 2021, counsel for the Plaintiff received a call from Defendant's counsel indicating they were able to meet Plaintiff's settlement demand.

3. On May 25, 2021, the Court entered a 60 Day Order.

4. On May 26, 2021, counsel for the Defendant provided a draft Settlement Release.

5. On May 27, 2021, Plaintiff's counsel sent the draft Settlement Release to the Plaintiff and scheduled a telephone call through the Correctional Center for the earliest time available (June 3, 2021) to go over the Release with him.

6. Between May 27, 2021 and June 3, 2021, counsel for both the Plaintiff and the Defendant conferred regarding the logistics of processing the settlement funds and what would be needed to get the Plaintiff those proceeds since he is incarcerated.

7. By May 28, 2021, counsel for Defendant had received the same information regarding how

the Correctional Center needed to receive the settlement proceeds.

8. On June 10, 2021, counsel for Defendant sent an email stating the settlement check could not be issued until the executed release was received. Counsel for the Defendant also indicated that if the undersigned desired, she could mail the check directly to undersigned's office.

9. On June 11, 2021, the executed Settlement Release was sent via email to counsel for the Plaintiff with a request that the check be sent to the undersigned's office.

10. One June 24, 2021, the undersigned's office reached out to counsel for the Defendant inquiring as to the payment of settlement proceeds. At that time, counsel for the Defendant indicated she would respond when she had more information (see attached **Exhibit 1**).

11. On June 25, 2021, the undersigned's office reached out to counsel for the Defendant inquiring as to the status of the payment of the settlement proceeds. At that time, counsel for the Defendant indicated that "Coverys was having some kind of technical difficulties with their payment system…" (see attached **Exhibit 2**).

12. On June 28, 2021, the undersigned's office reached out to counsel for the Defendant inquiring as to the status of the check. At that time, counsel for the Defendant responded Coverys was still have some kind of technical issue. (See attached **Exhibit 3**)

13. On July 6, 2021, the undersigned again reached out to Defendant's counsel asking for an update regarding the settlement proceeds. Defendant's counsel indicated there really wasn't any explanation as to what the delay is.

14. On July 6, 2021, Plaintiff filed a Motion to Enforce Settlement Agreement [ECF #230].

15. On July 20, 2021, Defendant filed a Response to Plaintiff's Motion to Enforce Settlement Agreement, reciting this was an isolated incident, the technical issue had not been resolved, and multiple departments were working to find a solution [ECF #231].

16.     A hearing was held on the Motion to Enforce Settlement Agreement on August 11, 2021, 22 days following the July 20, 2021 Response and 61 days following counsel for the Defendant's receipt of the executed Release.

17.     At the time of the hearing, there was no further representation as to progress of payment to the Plaintiff.

18.     Every contract, including a settlement contract, has an implied duty of good faith. At this point, some 79 days from reaching a settlement agreement, the Defendant has breached its duty of good faith by refusing to meet its obligation to pay the consideration required under said Release.

19.     The Plaintiff, therefore, requests the Court set this matter for trial at its earliest possible convenience.

WHEREFORE, for the reasons stated above, the Plaintiff, DONNELL GREEN prays that:

A.      This Court enter an Order allowing the representation that there has been a settlement agreement reached in this matter to be withdrawn and setting this matter for trial at the Court's earliest possible convenience.

 

Respectfully submitted,
DONNELL GREEN, Plaintiff,
By:     Meyer Capel, A Professional Corporation
**By:     /s/ Lorna K. Geiler**
        Lorna K. Geiler, ARDC#6192940
        Meyer Capel, A Professional Corporation
        306 W. Church St.
        Champaign, IL 61820
        Phone: (217) 352-1800
        Fax: (217) 352-9294
        Email: lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE BY ATTORNEY

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **MOTION TO WITHDRAW REPRESENTATION OF SETTLEMENT AND REQUEST FOR TRIAL DATE** was filed with this Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on August 16, 2021 and that notice of said electronic filing will automatically be transmitted by email to:

Timothy P. Dugan - tdugan@cassiday.com
Edward A. Khatskin - ekhatskin@cassiday.com
Alison Matusofsky - amatusofsky@cassiday.com

By: **/s/ Lorna K. Geiler**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com

# EXHIBIT 1

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Alison. Please advise on what the status is. Has the check been cut? Sent?

<image001.jpg>

This electronic message and the documents, items or messages transmitted herewith contain information from the law firm of Meyer Capel, A Professional Corporation, 306 West Church Street, Champaign, Illinois 61820, that may be confidential and/or privileged. The information is intended to be for the use of the person(s) named above. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender by telephone at 217/352-1800 or by electronic mail. Thank you.

**DISCLOSURE UNDER TREASURY DEPARTMENT CIRCULAR NO. 230.** This communication (including any attachments) (a) was not intended or written to be used, and it cannot be used, by the recipient or any other taxpayer, for the purpose of avoiding penalties that may be imposed, under the Internal Revenue Code of 1986, as amended, on the taxpayer, and (b) cannot be used or referred to by anyone in promoting, marketing, or recommending a partnership or any other entity, investment plan or arrangement, to one or more taxpayers.

**From:** Matusofsky, Alison J. <amatusofsky@cassiday.com>
**Sent:** Thursday, June 24, 2021 10:58 AM
**To:** Kirsten Moore <kmoore@meyercapel.com>
**Cc:** Lorna K. Geiler <lgeiler@meyercapel.com>
**Subject:** RE: Green v Trost

Good morning,

I followed up with my client this morning. I will let you know when I have more information.

Thanks,

**Alison Matusofsky** | Attorney
Cassiday Schade LLP | Phone: 314.655.4717 | Fax: 314.241.1320
100 N. Broadway, Suite 1580, St. Louis MO 63102 | www.cassiday.com

**EXHIBIT 1**

2

# EXHIBIT 2

**Kirsten Moore**

| | |
|---|---|
| **From:** | Lorna K. Geiler |
| **Sent:** | Monday, June 28, 2021 7:11 AM |
| **To:** | Dugan, Timothy |
| **Subject:** | RE: Green v Trost |

Thanks Tim, can you advise on status at this point, please?



Lorna K. Geiler
306 W Church St.
Champaign, IL 61820
Phone: 217-352-1800 Ext. 115
Fax: 217-352-1083
www.meyercapel.com

A PROFESSIONAL CORPORATION

This electronic message and the documents, items or messages transmitted herewith contain information from the law firm of Meyer Capel, A Professional Corporation, 306 West Church Street, Champaign, Illinois 61820, that may be confidential and/or privileged. The information is intended to be for the use of the person(s) named above. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender by telephone at 217/352-1800 or by electronic mail. Thank you.

**DISCLOSURE UNDER TREASURY DEPARTMENT CIRCULAR NO. 230**. This communication (including any attachments) (a) was not intended or written to be used, and it cannot be used, by the recipient or any other taxpayer, for the purpose of avoiding penalties that may be imposed, under the Internal Revenue Code of 1986, as amended, on the taxpayer, and (b) cannot be used or referred to by anyone in promoting, marketing, or recommending a partnership or any other entity, investment plan or arrangement, to one or more taxpayers.

**From:** Dugan, Timothy <tdugan@cassiday.com>
**Sent:** Friday, June 25, 2021 1:34 PM
**To:** Lorna K. Geiler <lgeiler@meyercapel.com>
**Subject:** Fwd: Green v Trost

Lorna-Alison is in a deposition at the moment. Coverys was having some kind of technical difficulties with their payment system (the details of which I don't know). Let me make a phone call and get a status update and I'll get back to you shortly. Sorry about this.

Illinois | Indiana | Missouri | New Mexico | Wisconsin

**From:** Lorna K. Geiler <lgeiler@meyercapel.com>
**Sent:** Friday, June 25, 2021 7:18 AM
**To:** Matusofsky, Alison J. <amatusofsky@cassiday.com>
**Cc:** Kirsten Moore <kmoore@meyercapel.com>
**Subject:** RE: Green v Trost

**EXHIBIT 2**

1

# EXHIBIT 3

**Kirsten Moore**

| | |
|---|---|
| From: | Dugan, Timothy <tdugan@cassiday.com> |
| Sent: | Monday, June 28, 2021 9:47 AM |
| To: | Lorna K. Geiler |
| Cc: | Matusofsky, Alison J.; Kirsten Moore |
| Subject: | Re: Green v Trost |

Lorna, I checked in with Coverys again a few minutes ago. They're having some kind of technical issue, the details which they are not at liberty to divulge to me. They know you and Mr. Green are anxious to get the check. We will get it to you just as soon as we can. If I have any updates along the way, I will pass them along as soon as I receive them. Again, sorry about the delay.

Sent from my iPhone

On Jun 28, 2021, at 09:45, Lorna K. Geiler <lgeiler@meyercapel.com> wrote:

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Alison,
>
> Tim stepped in during your deposition last week and advised that there was an issue with your client's system. I emailed him for follow up this morning, but am emailing you as well since this is taking an inordinate amount of time.
>
> <image001.jpg>
>
> This electronic message and the documents, items or messages transmitted herewith contain information from the law firm of Meyer Capel, A Professional Corporation, 306 West Church Street, Champaign, Illinois 61820, that may be confidential and/or privileged. The information is intended to be for the use of the person(s) named above. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender by telephone at 217/352-1800 or by electronic mail. Thank you.
>
> **DISCLOSURE UNDER TREASURY DEPARTMENT CIRCULAR NO. 230.** This communication (including any attachments) (a) was not intended or written to be used, and it cannot be used, by the recipient or any other taxpayer, for the purpose of avoiding penalties that may be imposed, under the Internal Revenue Code of 1986, as amended, on the taxpayer, and (b) cannot be used or referred to by anyone in promoting, marketing, or recommending a partnership or any other entity, investment plan or arrangement, to one or more taxpayers.
>
> **From:** Matusofsky, Alison J. <amatusofsky@cassiday.com>
> **Sent:** Thursday, June 24, 2021 10:58 AM
> **To:** Kirsten Moore <kmoore@meyercapel.com>
> **Cc:** Lorna K. Geiler <lgeiler@meyercapel.com>
> **Subject:** RE: Green v Trost
>
> Good morning,

**EXHIBIT 3**

1