042272/19344/TPD/EAK/AJM

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| DONNELL GREEN, #M16889,<br><br>       Plaintiff,<br><br>v.<br><br>KIMBERLY BUTLER, ANTHONY WILLIAMS, NURSE WALTERS, NURSE MISTY, NURSE SUZANNE, MS. MCGLORN, DR. TRAVIS, DR. TROST, DR. FUENTES, MOLDENHAUR, and DIRECTOR OF THE ILLINOIS DEPARTMENT OF CORRECTIONS,<br><br>       Defendants. | Case Number  3:17-cv-00093-MAB<br><br>Magistrate Judge Mark A. Beatty |

## SECOND NOTICE TO THE COURT REGARDING SETTLEMENT

COMES NOW Defendant, John Trost, M.D., by and through his attorneys, Cassiday Schade LLP, and for his Second Notice to the Court Regarding Settlement, states as follows:

1. On May 25, 2021, the parties came to a settlement agreement.

2. That day, the parties informed the Court that they had come to an agreement and the Court issued a 60-Day Order [Doc. 228].

3. On July 6, 2021, Plaintiff filed a Motion for Enforce Settlement Agreement. [Doc. 230] On July 21, 2021, Defendant filed a Response to Plaintiff's Motion. [Doc. 231]

4. On August 11, 2021, the Court heard oral argument on Plaintiff's Motion to Enforce Settlement Agreement. [Doc. 234] The Court set this matter for a status conference on August 19, 2021 and if Defendant has not resolved the issue to provide the settlement check, the Court ordered a representative for Coverys Specialty Insurance ("Coverys") to appear at the status conference. [*Id.*]

5. On August 17, 2021, Defendant filed his Notice to the Court Regarding Settlement and informed the Court that Coverys would be cutting the settlement check on August 18, 2021 and would be overnighting the check to the office to Counsel for Defendant.

6. On August 18, 2021, the Court entered an Order requesting that Counsel for Defendant provide confirmation that the check was mailed. [Doc. 238] Counsel for Defendant provided the Court with confirmation that the check was mailed on August 18, 2021.

7. On August 18, 2021, the Court reset the August 19, 2021 status conference for August 24, 2021. [Doc. 239]

8. On August 19, 2021, Counsel for Defendant received the settlement check in the mail. Upon review of the settlement check, Counsel for Defendant realized that Counsel for Plaintiff would need to endorse the check for it to be processed by Shawnee Correctional Center. Counsel for Defendant contacted Counsel for Plaintiff and informed them that they would be overnighting the settlement check to the office to Counsel for Plaintiff and would cover the cost of overnighting the check to Shawnee Correctional Center. Counsel for Plaintiff agreed.

9. On August 19, 2021, Counsel for Defendant overnighted the settlement check to the office of Counsel for Defendant. On August 20, 2021, Counsel for Defendant was informed that the settlement check was delivered to the office of Counsel for Plaintiff. [*See* Delivery Confirmation, attached hereto as Exhibit A]

10. As the issues surrounding the settlement payment have been resolved, Defendant requests that the Court enters an Order canceling the status conference on August 24, 2021.

WHEREFORE, Defendant respectfully requests that the Court accepts his Second Notice to the Court Regarding Settlement, enters an Order canceling the August 24, 2021 status conference, and for such other and further relief as deemed appropriate.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By:  /s/ Alison J. Matusofsky
            One of the Attorneys for Defendant, JOHN TROST, M.D.

Alison J. Matusofsky
MO Bar No. 71064
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
amatusofsky@cassiday.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2021, I electronically filed the foregoing Second Notice to the Court Regarding Settlement with the Clerk of the Court using the CM/ECF system.

The electronic case filing system sent a "Notice of E-Filing" to the following:

Lorna Geiler  
Meyer Capel, A Professional Corporation  
306 W. Church St.  
Champaign IL 61820  
(217) 352-1800  
(217) 352-9294 (fax)  
lgeiler@meyercapel.com

                                              /s/ Alison J. Matusofsky

9940984 AMATUSOF;AMATUSOF